IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00579-WDM-PAC

UNITED STATES OF AMERICA,

    Petitioner,

v.

ROBERT CHARLES ABELL,

    Respondent.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The United States' notice of withdrawal is noted and the motion for relief, show cause and sanctions is therefore moot. The September 5, 2006 hearing is vacated.

Dated:  July 31, 2006

                                                        s/ Jane Trexler, Secretary/Deputy Clerk